**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| ADETAYO ADEDIPE on behalf of herself individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK, NATIONAL ASSOCIATION, NUVEEN ASSET MANAGEMENT, LLC, as successor in interest to FAF ADVISORS, INC., RICHARD K. DAVIS, DOUGLAS M. BAKER, JR., Y. MARC BELTON, PETER H. COORS, JOEL W. JOHNSON, OLIVIA F. KIRTLEY, O'DELL M. OWENS, CRAIG D. SCHNUCK, ARTHUR D. COLLINS, JR., VICTORIA BUYNISKI GLUCKMAN, JERRY W. LEVIN, DAVID B. O'MALEY, PATRICK T. STOKES, RICHARD G. REITEN, WARREN R. STALEY, ANDREW J. CECERE, TERRANCE R. DOLAN, and JOHN and JANE DOE 1-20,<br><br>Defendants. | Court File No.  13-cv-02687-JNE-JJK<br><br>CLASS ACTION |

[additional caption follows]

**CERTIFICATE OF SERVICE OF PLAINTIFF ADEDIPE'S [PROPOSED] ORDER CONSOLIDATING ERISA CASES, APPOINTING INTERIM LEAD PLAINTIFF AND INTERIM CO-LEAD COUNSEL**

| | |
|---|---|
| SHELLY ABRAMS, TONYA DAVIS, and DEBRA GRIFFIN, on behalf of themselves individually, the U.S. Bank Pension Plan, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK, NATIONAL ASSOCIATION, NUVEEN ASSET MANAGEMENT, LLC, as successor in interest to FAF ADVISORS, INC., U.S. BANCORP COMPENSATION COMMITTEE, U.S. BANCORP INVESTMENT COMMITTEE, RICHARD K. DAVIS, DOUGLAS M. BAKER, JR., Y. MARC BELTON, PETER H. COORS, JOEL W. JOHNSON, OLIVIA F. KIRTLEY, O'DELL M. OWENS, CRAIG D. SCHNUCK, ARTHUR D. COLLINS, JR., VICTORIA BUYNISKI GLUCKMAN, JERRY W. LEVIN, DAVID B. O'MALEY, PATRICK T. STOKES, RICHARD G. REITEN, WARREN R. STALEY, ANDREW J. CECERE, TERRANCE R. DOLAN, and JOHN and JANE DOES 1-20,<br><br>Defendants. | Court File No. 13-cv-02944-MJD-AJB<br><br>CLASS ACTION |

I hereby certify that on November 4, 2013, I caused the following proposed order:

Plaintiff Adedipe's [Proposed] Order Consolidating ERISA Cases, Appointing Interim Lead Plaintiff and Interim Co-Lead Counsel

to be filed with the court via email to the following:

Judge Joan N. Ericksen          joanericksen_chambers@mnd.uscourts.gov
Chief Judge Michael J. Davis    davis_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be emailed or mailed by first

class mail, postage paid, as noted below, to the following:

Stephen P. Lucke                                                via e-mail
lucke.steve@dorsey.com

| | |
|---|---|
| Robert Harwood<br>rharwood@hfesq.com | via e-mail |
| Matthew Houston<br>mhouston@hfesq.com | via e-mail |
| Tanya Korkhov<br>tkorkhov@hfesq.com | via e-mail |
| Garrett Blanchfield<br>g.blanchfield@rwblawfirm.com | via e-mail |
| Nuveen Asset Management LLC<br>c/o CT Corporation System Inc.<br>100 South 5th Street, #1075<br>Minneapolis, MN 55402 | via U.S. Mail |

November 5, 2013

Respectfully submitted,

ZIMMERMAN REED, PLLP

By: *s/Brian C. Gudmundson*
Carolyn G. Anderson, No. 275712
Brian C. Gudmundson, No. 336695
June P. Hoidal, No. 033330X
1100 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Carolyn.Anderson@zimmreed.com
Brian.Gudmundson@zimmreed.com
June.Hoidal@zimmreed.com

COHEN MILSTEIN SELLERS & TOLL, PLLC
Karen L. Handorf
Michelle C. Yau
Bruce F. Rinaldi
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
khandorf@cohenmilstein.com
myau@cohenmilstein.com
brinaldi@cohenmilstein.com

*Attorneys for Plaintiff Adedipe and Proposed Interim Co-Lead Counsel for the Class*