UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Adetayo Adedipe et al.,

      Plaintiffs,

v.

U.S. Bank, National Association et al.,

      Defendants.

Shelly Abrams et al.,

      Plaintiffs,

v.

U.S. Bank, National Association et al.,

      Defendants.

Civil No. 13-2687 (JNE/JJK)

ORDER

Civil No. 13-2944 (JNE/JJK)

These cases are before the Court on a Report and Recommendation issued by the

Honorable Jeffrey J. Keyes, United States Magistrate Judge, on February 4, 2014. No

objection to the Report and Recommendation has been made. The Court has conducted a

de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court

accepts the recommendation. Therefore, IT IS ORDERED THAT:

1.      Plaintiff Adetayo Adedipe's Motion to Consolidate ERISA Actions and to Appoint Interim Lead Plaintiff and Interim Co-Lead Counsel [Civil No. 13-2687, Docket No. 19; Civil No. 13-2944, Docket No. 15] is GRANTED. The *Adedipe* case and the *Abrams* case shall be consolidated; named plaintiffs Adetayo Adedipe, James J. Thole, Marlene Jackson, and Sherry Smith are appointed interim lead plaintiffs; and Cohen Milstein Sellers & Toll PLLC and Zimmerman Reed, PLLP, are appointed interim co-lead counsel.

2.    The *Abrams* Plaintiffs' Motion to Consolidate ERISA Actions and Appoint
      Interim Lead Plaintiffs and Interim Lead Counsel [Civil No. 13-2687,
      Docket No. 30; Civil No. 13-2944, Docket No. 27] is GRANTED IN PART
      and DENIED IN PART.  The *Abrams* Plaintiffs' motion to consolidate
      ERISA actions is granted and the motion to appoint interim lead plaintiffs
      and lead counsel is denied.

3.    Interim co-lead counsel shall promptly review and consider the operative
      complaints in the *Adedipe* case and the *Abrams* case, determine whether a
      consolidated amended complaint is necessary, and serve and file a
      consolidated amended complaint if deemed appropriate.  Such a
      consolidated amended complaint may be filed as a matter of course and
      without a motion.

4.    Interim co-lead counsel shall maintain itemized and detailed time records
      and categorize time records chronologically by discrete event/activity as
      well as by attorney.  If an event or activity takes place for the benefit of the
      class, the time entry shall describe the event or activity, and list the names
      of all persons who participated, the time spent by each person, and the
      requested billable rate that each person seeks to charge.

Dated: March 4, 2014

                                        s/Joan N. Ericksen
                                        JOAN N. ERICKSEN
                                        United States District Judge