# UNITED STATES DISTRICT COURT
## District of Minnesota

Adetayo Adedipe, James J. Thole, Marlene Jackson, and Sherry Smith, individually and on behalf of all others similarly situated,

                Plaintiffs,

v.

U.S. BANK, NATIONAL ASSOCIATION, individually and as successor in interest to FAF ADVISORS, INC., U.S. BANCORP, NUVEEN ASSET MANAGEMENT, LLC, as successor in interest to FAF ADVISORS, INC., RICHARD K. DAVIS, DOUGLAS M. BAKER, JR., Y. MARC BELTON, PETER H. COORS, JOEL W. JOHNSON, OLIVIA F. KIRTLEY, O'DELL M. OWENS, CRAIG D. SCHNUCK, ARTHUR D. COLLINS, JR., VICTORIA BUYNISKI GLUCKMAN, JERRY W. LEVIN, DAVID B. O'MALEY, PATRICK T. STOKES, RICHARD G. REITEN, WARREN R. STALEY, and JOHN and JANE DOE 1-20,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:  13-cv-2687 (JNE/JJK)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' Motion to Dismiss for Lack of Standing Under Rule 12(b)(1) [Dkt. No. 210] is GRANTED.

2. The action is DISMISSED AS MOOT.

December 29, 2015

Date

RICHARD D. SLETTEN, CLERK

s/Thomas S. Schappa

(By)  Thomas S. Schappa, Deputy Clerk