UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| JAMES J. THOLE and SHERRY SMITH on behalf of themselves individually, and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 13-cv-2687 JNE/JJK |
| v. | ) ) | |
| U.S. BANK, NATIONAL ASSOCIATION, et al., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that James J. Thole and Sherry Smith, Plaintiffs in the above captioned case, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the Judgment in a Civil Case [ECF No. 239], as well as the Order granting Defendants' Motion to Dismiss for Lack of Standing Under Rule 12(b)(1), both entered in this action on December 29, 2015 [ECF No. 238].  Plaintiffs also hereby appeal from the Order entered in this case on November 11, 2014, granting in part Defendants' Motion to Dismiss the Consolidated Amended Complaint or for Partial Summary Judgment, and denying Plaintiffs' Motion for Relief under Federal Rule of Civil Procedure 56(d) [ECF No. 146], and the Order entered March 18, 2016, denying Plaintiffs' Motion for Attorney's Fees and Expenses [ECF No. 267].

Date:  April 15, 2016

**COHEN MILSTEIN SELLERS & TOLL, PLLC**


By:   *Michelle C. Yau*
Karen L. Handorf, admitted pro hac vice
Michelle C. Yau, admitted pro hac vice
Mary J. Bortscheller, admitted pro hac vice
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C.  20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
khandorf@cohenmilstein.com
myau@cohenmilstein.com
mbortscheller@cohenmilstein.com

**ZIMMERMAN REED, LLP**
Carolyn G. Anderson, No. 275712
Brian C. Gudmundson, No. 336695
June P. Hoidal, No. 33330X
Kirsten D. Hedberg, No. 344369
1100 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Carolyn.Anderson@zimmreed.com
Brian.Gudmundson@zimmreed.com
June.Hoidal@zimmreed.com
Kirsten.Hedberg@zimmreed.com

*Attorneys for Plaintiffs and Interim Co-Lead Counsel for the Class*