# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 6, 2020

Clerk
United States Court of Appeals
  for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

   **Re:** **James J. Thole, et al.**
      **v. U.S. Bank, N.A., et al.,**
      **No. 17-1712 (Your docket No. 16-1928)**

Dear Clerk:

  Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                Sincerely,

                SCOTT S. HARRIS, Clerk

                By *(signature)*

                Hervé Bocage
                Judgments/Mandates Clerk

Enc.
cc: All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 6, 2020

Mr. Peter K. Stris, Esq.
Stris and Maher LLP
777 S. Figueroa Street, Suite 3850
Los Angeles, CA 90017

    Re:  James J. Thole, et al.
           v. U.S. Bank, N.A., et al.,
           No. 17-1712

Dear Mr. Stris:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

      Sincerely,

      SCOTT S. HARRIS, Clerk

      By
      Herve' Bocage
      Judgments/Mandates Clerk

cc:  All counsel of record
     Clerk, USCA 8th Cir.
        (Your docket No. 16-1928)

# Supreme Court of the United States

No. 17-1712

**JAMES J. THOLE, ET AL.,**

Petitioners

v.

**U.S. BANK, N.A., ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Eighth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is affirmed.

June 1, 2020

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States